THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOSEPH GUY, Defendant-Appellant.

(No. 56265; ▮▮▮▮▮▮▮▮

First District—September 22, 1972.

▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Opinion by Mr. PRESIDING JUSTICE LORENZ.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Charlotte Adelman, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane, James M. Simpson, and Robert Samko, Assistant State's Attorneys, of counsel,) for the People.